

11TH COURT OF APPEALS
EASTLAND, TEXAS
JUDGMENT

Mack Wilson,                              * From the 350th District
                                           Court of Taylor County,
                                           Trial Court No. 11209-D.

Vs. No. 11-15-00191-CR                    * December 10, 2015

The State of Texas,                       * Per Curiam Memorandum Opinion
                                           (Panel consists of: Wright, C.J.,
                                           Willson, J., and Bailey, J.)

This court has inspected the record in this cause and concludes that the appeal should be dismissed. Therefore, in accordance with this court's opinion, the appeal is dismissed.